```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/10/2020

VANESSA RODRIGUEZ,

                       Plaintiff,                    19-cv-09243 (LJL) (KHP)

         -against-                    **ORDER**

MAMMA RISTORANTE CORP.,

                       Defendant.

```
-------------------------------------------------------------------X
```
**KATHARINE H. PARKER, United States Magistrate Judge**

     On February 14, 2020, the Court ordered the parties to submit a joint status letter by no later than April 3, 2020 advising whether the parties have settled this matter. The parties are hereby directed to submit their status letter by no later than **April 30, 2020**.

     **SO ORDERED.**

DATED:    New York, New York
             April 10, 2020

                                            _____
                                            KATHARINE H. PARKER
                                            United States Magistrate Judge