```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/05/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

VANESSA RODRIGUEZ,

                          Plaintiff,

           -against-

MAMMA RISTORANTE CORP.,

                       Defendant.

-------------------------------------------------------------------X

                                  **19-cv-09243 (LJL) (KHP)**

                                         **ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge**

A telephonic case management conference is hereby scheduled for **May 26, 2020 at 10:30 a.m**.  The parties are directed to call (866) 434-5269 and use access code 4858267.

      **SO ORDERED.**

DATED:  New York, New York

        May 5, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge